# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2014

## NO. 03-14-00176-CV

**Anthony Leo Sheridan, Appellant**

**v.**

**The Office of the Attorney General, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on June 10, 2011.[1]  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

---

[1]  This appeal challenges an order rendered June 10, 2011, in the 126th Judicial District Court of Travis County, the Honorable Lora Livingston, Judge Presiding.  The case was subsequently transferred to Williamson County.